[No. 50726-5-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY DARNEL GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09877-9, Douglas D. McBroom, J., entered July 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20315-8-III.   Division Three.   April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA CALEB LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 01-1-00007-3, E. Thompson Reynolds, J., entered June 29, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20608-4-III.   Division Three.   April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ALAN PENFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00110-9, Paul A. Bastine, J., entered October 24, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20781-1-III.   Division Three.   April 29, 2003.]

YAKIMA MEDICAL GROUP, L.L.C., ET AL., *Respondents*, v. MOHAMMED K. KHAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-02564-7, Robert N. Hackett, Jr., J., entered December 14, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.